TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-2569
   Facsimile: (213) 894-0142
   E-mail: Victor.Rodgers@usdoj.gov

Attorneys for
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF $239,100.00 IN U.S. CURRENCY AND $219,220.00 IN U.S. CURRENCY | Case No. 2:22-CM-00111<br><br>STIPULATION EXTENDING UNITED STATES OF AMERICA'S TIME TO FILE COMPLAINT FOR FORFEITURE; [PROPOSED] ORDER THEREON LODGED UNDER SEPARATE COVER |

    It is hereby stipulated by and between the United States of America ("United States" or "the government"), on the one hand, and claimant John Doe (the "claimant"), on the other hand, by and through their respective attorneys, as follows:

    1.    Pursuant to the claim that the United States alleges was received by the Federal Bureau of Investigation (the "FBI") on March 8, 2022, claimant filed a claim in the FBI administrative forfeiture proceedings to $239,100.00 in U.S.

Currency (United States Asset Identification Number 21-FBI-003040) and $219,220.00 in U.S. Currency (United States Asset Identification Number 21-FBI-003041 (collectively, the "property").

2. It is the United States' position that the FBI sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties, the time has expired for any person to file a claim to the property under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the property as required by law in the administrative forfeiture proceedings.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the property alleging that the property is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case would be June 6, 2022, unless the court extends the deadline for good cause shown or by agreement of the parties.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to August 8, 2022 the time in which the United States is required to file a complaint for forfeiture against the property alleging that the property is subject to forfeiture, so that the government can investigate this matter and determine whether this matter can be settled without the government having to initiate a civil judicial forfeiture action.

5. Claimant knowingly, intelligently, and voluntarily gives up any right claimant may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require the United States to file a complaint

for forfeiture against the property alleging that the property is subject to forfeiture by August 8, 2022 and any right claimant may have to seek dismissal of any complaint on the ground that it was not filed on or before such date.

6. The parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the property alleging that the property is subject to forfeiture shall be extended to August 8, 2022.

SO STIPULATED.

DATED: May 31, 2022

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

  /s/Victor A. Rodgers
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for
United States of America

DATED: May 27, 2022

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

  /s/per email authorization
BENJAMIN N. GLUCK
ASHLEY D. BOWMAN

Attorney for Claimant
JOHN DOE

**PROOF OF SERVICE**

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On **May 31, 2022**, I served a copy of: **STIPULATION EXTENDING UNITED STATES OF AMERICA'S TIME TO FILE COMPLAINT FOR FORFEITURE** upon each person or entity named below:

**X**  By Electronic Mail: By transmitting said document(s) to the email address(es) listed below.

>   **Ashley Bowman**
>   **Ben Gluck**
>   **Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.**
>   **1875 Century Park E, Ste 2300**
>   **Los Angeles, CA 90067-2524**
>   **abowman@birdmarella.com**
>
>   **Attorney for**
>   **JOHN DOE**

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this Court, at whose direction the service was made, and that the foregoing is true and correct.

Executed on **May 31, 2022** at Los Angeles, California.

*/s/ Tara B. Vavere*
**TARA B. VAVERE**
Senior Paralegal